PS 3
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Russell Kevin Holt**                               Docket No.06-926(PGS)

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Daniel Milne**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Russell Kevin Holt**, who was placed under pretrial release supervision by the **Honorable Peter G. Sheridan** sitting in the Court at Newark, New Jersey on, November 16, 2006 under the following conditions: $100,000 Unsecured Appearance Bond; Pretrial Services supervision; travel restricted to New Jersey, New York, and Pennsylvania, or as approved by Pretrial Services, and surrender passport, not to apply for a new passport.

The defendant entered a guilty plea to an Information on November 16, 2006 before Your Honor. Sentencing is scheduled for June 12, 2008.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER a mental health evaluation and/or treatment as deemed necessary by Pretrial Services.

ORDER OF COURT

Considered and ordered this 1 day of May, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Peter G. Sheridan
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     4/30/08

_____
Daniel Milne
U.S. Pretrial Services Officer