# GIORDANO, HALLERAN & CIESLA

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

PLEASE RESPOND TO:
*U.S. POSTAL SERVICE ADDRESS:*
POST OFFICE BOX 190
MIDDLETOWN, NEW JERSEY 07748

OR:

*HAND DELIVERY AND OVERNIGHT SERVICE ADDRESS:*
125 HALF MILE ROAD, SUITE 300
RED BANK, NEW JERSEY 07701

**(732) 741-3900**

FAX: (732) 224-6599

**www.ghclaw.com**

JOHN C. GIORDANO, JR
FRANK R. CIESLA
BERNARD J. BERRY, JR
JOHN A. AIELLO
MICHAEL J. GROSS
JOHN A. GIUNCO
SHARLENE A. HUNT
PHILIP D. FORLENZA
MICHAEL J. CANNING □
PAUL H. SCHNEIDER
ELIZABETH CHRISTIAN
ANDREW B. ROBINS
MICHAEL A. BRUNO
KURT B. ANDERSON
PAUL T. COLELLA
GERALD P. LALLY
SEAN B. REGAN □

TARA PHELAN CARVER
RACHEL M. RINNINSLAND
LISA MIGELI WATERS
GREGORY BANACKI, JR
DONALD F. CAMPBELL, JR
BRIAN H. HARVEY
MELISSA A. SKROCKI
AFIYFA H. ELLINGTON
CRAIG M. GIANETTI

JAY S. BECKER
TIMOTHY D. LYONS □
J. SCOTT ANDERSON
PETER B. BENNETT
LAURENCE I. ROTHSTEIN
ROBERT J. FLANBERG □
PATRICK S. CONVERY
MICHAEL A. PANE, JR
MICHAEL J. ATHELLO
STEVEN M. DALTON
PAMELA J. KNAUER
TIMOTHY J. DENGLER
CATHERINE J. BICK
MONICA J. CERES
MARC D. POLICASTRO
JOSEPH C. DeBLASIO

ARI G. BURD
KEVIN B. LEGREIDE
MATTHEW J. CERES
KELLY D. GUNTHER
LOUIS D. TAMBARO
MICHAEL D. PAWLOWSKI
MATTHEW N. FIOROVANTI
JOHN E. SIKORA
VINCENT M. DeSIMONE

OF COUNSEL
JOHN R. HALLERAN
S. THOMAS GAGLIANO
THOMAS A. PLISKIN
RONALD P. HEKSCH
DERRICK A. SCENNA
STEVEN J. CORODEMUS
EDWARD S. KADZELY

. . . . . . .

JOHN C. GIORDANO
(1921-1989)

. . . . . .

□ CERTIFIED BY THE
SUPREME COURT OF
NEW JERSEY AS A CIVIL
TRIAL ATTORNEY

DIRECT DIAL NUMBER
pbennett@ghclaw.com

DIRECT EMAIL

CLIENT/MATTER NO.
14856-1

August 14, 2008

## VIA OVERNIGHT MAIL #8655 5131 6435

Honorable Peter G. Sheridan
United States District Judge
Martin Luther King Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07090

> **RE:** **United States vs. R. Kevin Holt**
> **Case No. 06-926**
> **Registration No. 28337-050**
> **D/O/B 11/23/53**

*So Ordered: Request denied*
*Peter M Sheridan*
*8/25/08*

Dear Judge Sheridan:

I am writing on behalf of my client, Kevin Holt. As you may recall, Mr. Holt was sentenced to 35 months on June 30, 2008. Your Honor directed that he voluntarily surrender to the designated institution on September 2, 2008. We respectfully request that the surrender date be extended until October 14, 2008.

We have been in contact with the Bureau of Prisons which has informed us that they have not yet completed processing for the designation of Mr. Holt to a permanent institution. Without a designation for a permanent institution, Mr. Holt has been directed to report to the Metropolitan Detention Center in Brooklyn on September 2, 2008.

We would greatly appreciate it if the Court would consider delaying the surrender date to allow the Bureau of Prisons sufficient time to complete the designation process. This would permit Mr. Holt the opportunity to surrender directly to the permanent institution for the service of his sentence as opposed to a Detention Center. Detention Centers serve the primary purpose of housing pretrial detainees and inmates in transit. The service of time at the time at a detention

**GIORDANO, HALLERAN & CIESLA**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

Honorable Peter G. Sheridan
August 14, 2008
Page 2

center and subsequent transportation within the federal prison transportation system serve only to delay Mr. Holt's ultimate adjustment to prison life as well as adding the cost of transporting him through the system to his permanently designated institution. In my experience, this can be a time consuming process.

I have informed Mr. Kirsch of this application. He advised me that the U.S. Attorney's Office has no objection to extending the surrender date.

I appreciate the Court's consideration of this request.

Respectfully submitted,

PETER B. BENNETT

PBB/mz

cc:     Robert Kirsch, AUSA (via regular mail)
        Beth L. Neugass, Supervising U.S. Probation Officer (via regular mail)
        Kimberly M. Artist, U.S. Probation Officer (via regular mail)
        Don Rackley, Chief Deputy U.S. Marshal (via regular mail)
        Heather Maloney, U.S. Pretrial Services (via regular mail)

::ODMA\PCDOCS\GHCDOCS\651943\1