

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Criminal Division*

---

*Robert Kirsch*
*Assistant U.S. Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102

*(973)645-2846*
*Fax: (973)645-3988*

November 10, 2009

**By Regular Mail**

Honorable Peter G. Sheridan
United States District Judge
Martin Luther King, Jr. Federal Bldg. & Courthouse
Chambers 4062
50 Walnut Street
Newark, NJ 07102

        Re: **United States v. Russell Kevin Holt**
            **Crim. No. 06-926(PGS)**

Dear Judge Sheridan:

    I am presently concluding a week-long trial, and only recently obtained the relevant transcript which will be utilized in the Government's response to the "Motion To Vacate, Set Aside, or Correct Sentence" filed by the defendant, Russell Kevin Holt.

    Thus, the undersigned requests that the Government be authorized to file its response on or before November 24, 2009. Mr. Holt's counsel, Keith Hirschorn, Esq., consents to this request.

**SO ORDERED:** *[signature: Peter G. Sheridan]*
**DATED:** 11/16/09

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

By: *[signature]* ROBERT KIRSCH
Assistant U.S. Attorney

cc: Keith Hirschhorn, Esq.