

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Criminal Division*

---

*Robert Kirsch*  
*Assistant U.S. Attorney*

970 Broad Street, Suite 700  
Newark, NJ 07102

(973)645-2846  
Fax: (973)645-3988

November 13, 2009

**By Regular Mail**

Honorable Peter G. Sheridan  
United States District Judge  
Clarkson S. Fisher Federal Building  
and United States Courthouse  
402 East State Street  
Trenton, NJ 08608

      Re: **United States v. Russell Kevin Holt**  
           **Crim. No. 06-926(PGS)**

Dear Judge Sheridan:

    I am presently concluding a week-long trial, and only recently obtained the relevant transcript which will be utilized in the Government's response to the "Motion To Vacate, Set Aside, or Correct Sentence" filed by the defendant, Russell Kevin Holt.

    Thus, the undersigned requests that the Government be authorized to file its response on or before November 24, 2009. Mr. Holt's counsel, Keith Hirschorn, Esq., consents to this request.

                                  Respectfully submitted,

                                  PAUL J. FISHMAN  
                                  United States Attorney

        By:   ROBERT KIRSCH  
                Assistant U.S. Attorney

cc: Keith Hirschhorn, Esq.

SO ORDERED: [signature]  
DATED: 11/19/09