UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RUSSELL K. HOLT,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

Civil Action No.: 06-cr-926 (PGS)

**ORDER**

This matter comes before the Court on petitioner Russell K. Holt's ("Petitioner") motion to vacate, set aside, or otherwise correct his sentence pursuant to 28 U.S.C. § 2255; and the Court having considered the submissions of the parties and the arguments of counsel; and for the reasons stated on the record; and for good cause having been shown;

It is on this 27th day January 2010 **ORDERED** that Petitioner's motion is denied.

_____
HON. PETER G. SHERIDAN, U.S.D.J.

1